The Appellate Division reversed and granted a new trial on the ground that questions as to negligence of deceased and of defendant were for the jury.

*Walter A. Fullerton* for appellants.

*N. P. Willis* for respondent.

Plaintiff allowed to withdraw appeal on payment of costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant, *v.* EBEN E. OLCOTT, Respondent.

*Negligence — master and servant — injury from lowering of gate on dock — liability as between lessee of dock who was general hirer of employees and owner of steamer permitted to land at dock at whose orders the gate was lowered by defendant's dockman.*

*Central R. R. Co.* v. *Olcott,* 216 App. Div. 791, affirmed.

(Submitted October 11, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1926, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was to recover a sum paid in settlement of a claim for personal injuries to a third person who was injured, while on a pier leased by defendant, by a gate lowered by a dockman in his general employ. It appeared that under an agreement between plaintiff and defendant, plaintiff was permitted to use defendant's dock to land and take passengers for its steamers and to use certain employees of defendant in connection therewith; that it had given orders that the gate should be promptly lowered when its steamer's whistle was blown and that compliance with the order caused the injury. The trial court dismissed the complaint on the ground that at the time of the accident the dockman was doing work in behalf of plaintiff.

*Charles E. Miller* for appellant.

*William M. K. Olcott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Taking no part: McLAUGHLIN, J.

---

NIAGARA FALLS ICE MANUFACTURING AND STORAGE COMPANY, Appellant, *v.* JOHN CASA-EGUIA, Respondent.

*Replevin — bills, notes and checks — collateral security — action to recover bonds given as collateral security of note and obtained by indorser, upon payment thereof — defense that bonds were sold by plaintiff in consideration of such payment.*

*Niagara Falls Ice M. & S. Co. v. Casa-Eguia,* 215 App. Div. 750, affirmed.

(Argued October 12, 1926; decided November 16, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was in replevin to recover possession of certain bonds pledged by plaintiff as collateral security for its promissory note. Defendant, an accommodation indorser, had paid the amount due on the note and secured possession of the bonds. The answer alleged that he had made the payment under an agreement with plaintiff that it should be considered the purchase price of the bonds thereby sold to him.

*Frank Gibbons* for appellant.

*Edward E. Franchot* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.